UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JESSICA FERNANDES MORAES | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:25-cv-00583-JAW |
| | ) | |
| KEVIN JOYCE, et al. | ) | |
| | ) | |
| Respondent | ) | |

## JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr. on December 2, 2025;

Petition for Writ of Habeas Corpus is granted.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Joanne McCue
       Deputy Clerk

Dated: January 5, 2026